IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LARRY JAMES WILLIAMS, JR, | * |
| Plaintiff, | * |
| v. | Case No.   4:24-CV-10-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 10, 2024, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 10th day of September, 2024.

.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk